ANTHONY LEROY DAVIS #6598, "STATESMAN."
Name

HUTCHINSON CORRECTIONAL FACILITY, P.O. BOX 1568, 500 N.

REFORMATORY Rd. HUTCHINSON, KANSAS 67504-1568
Address

[Fed.R.APP.P. 47.[a][2] cite.]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ANTHONY LEROY DAVIS AND, U.S.A.,
UNITED STATES CORPORATION ORGANIZED
UNDER FEDERAL LAW AS PLAINTIFFS, et.al.,
V.

CASE NO. 24-3029-JWL
(To be supplied by the Clerk)

UNITED STATES OF AMERICA, Defendant(s)

CITY OF WASHINGTON, DISTRICT OF COLUMBIA,
SUED IN AN INDIVIDUAL AND OFFICIAL CAPACITY. et.al.,

SECTION 1. KU KLUX KLAN ACT OF 1871 CONSTITUTION.
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983
FED. R. CIV. P. 81 cite. QUO WARRANTO:

## A. JURISDICTION

1) ANTHONY LEROY DAVIS , is a citizen of _____
   (Plaintiff)                                    (State)

who presently resides at H.C.F. P.O. BOX 1568, 500 N. REFORMATORY ROAD
(Mailing address or place

HUTCHINSON, KANSAS 67504-1568. PENAL-SERVITUDE.
of confinement.)

2) Defendant UNITED STATES OF AMERICA CONFEDERACY PARTY is a citizen of
             (Name of first defendant)

WASHINGTON, DISTRICT OF COLUMBIA , and is employed as
(City, State)

UNITED STATES COOPERATING GROUP AGENCY DEMOCRATIC PARTY . At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☑  No ☐. If your answer is "Yes", briefly explain:

Fed.R.Civ.R. 12.[a][ii][B][c][2][3] cite. 28 U.S.C. 1651[a] cite. OFFICERS

AND OFFICE: EXCEPTIONAL-CIRCUMSTANCES, CAUSE OF ACTION, 1870 ACT, "QUO WARRANTO".

3) Defendant: **OBAMA, BARACK HUSSEIN, JR. NATURAL BORN VENUE** is a citizen of
(Name of second defendant)

**KENYA, COUNTRY OF E. CENTRAL AFRICA NATURAL BORN FATHERS**, and is employed as
(City, state)

**A TURN-COAT PRESIDENT [SPY] OF THE ISLAMISM**. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [✓]  No [ ]. If your answer is "Yes", briefly explain: SLAVE OWNERSHIP "CONTRACTS";
Fed. R. Civ. P. 12[a][ii][B][c][2][3] cited, IN CONTEMPT OF THE 14TH AMENDMENT
SECTION 3. INSURRECTION, TREASON, FELONY, BREACH OF THE PEACE, BRIBERY, SPY, ASSASSIN!
(Use the back of this page to furnish the above information for additional defendants.)
SEE, id., BACKSIDE:

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

28 U.S.C. 1333.[2] cited. Admiralty, Maritime And Prize Slaves Case;
28 U.S.C. 1345 cite. 28 U.S.C. 1349 cite. ARTICLE IV. Section 3. Section 4 cited.
[28 U.S.C. 1332 cited.] DIVERSITY OF CITIZENSHIP, AMOUNT EXCEEDS THE SUM OF $75,000;

B. NATURE OF THE CASE

1) Briefly state the background of your case: DUE PROCESS 4-9-1865 DEMOCRATIC PARTYS TREASONS
DISFRANCHISEMENT HAS NO STATUTE OF LIMITATION [OF THEIR UNCONDITIONAL SURRENDER"]
AT THE "CEMETERY HILL" BATTLEGROUND "AT" GETTYSBURG, PA. LEAD BY "OUR" REPUBLICANS
"NEGRO" ALFONSO CUSHING" OF WEST-POINT N.Y., KIN TO "DAVIS SLAVERY AT
CUSHING OKLAHOMA": NO DISFRANCHISE "BLACK CAUCUS", WHITE OR BLACK DEVOUT COUP OF THE
"CONFEDERACY" DEMOCRATIC PARTYS, CIVIL RIGHTS SLAVE OWNERS, FROM AFRICA:!
ETC., OUR RECORD SHOW, AFTER THE [1876 ACT] "CONFEDERACY ARMY RECIVED [GOP]
AMNEST:" JIM CROW "CHIEF JUSTICE" IS RIGHT, [REV. MARTIN LUTHER KING JR. TYRANN;
PRESIDENT JOHNSON'S RIGHT TO VOTE, "I'S A NULITY: NO DEFENDANT APPLIED FOR
AMNEST" [THE UNITED STATES ENGAGED IN INSURRECTION "HERE" 2024 AT O.C."]. 2.

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

RULE 23.[b][i] cited.

[a]. DEFENDANT: BIDEN, JOSEPH ROBINETTE, Jr., Is A KUKLUXKLAN OF WASHINGTON D.C., AND IS EMPLOYED AS 45th PRESIDENT OF THE UNITED STATES... AT THE TIME THE CLAIM ALLEGED IN THIS COMPLAINT AROSE, WAS THIS DEFENDANT ACTING UNDER COLOR OF STATE LAW? "YES", BRIEFLY EXPLAIN: DISFRANCHISED. RULE 12 cite. 28 U.S.C. 1651[a] cited. OFFICER IN OFFICE, 1870 ACT. QUO WARRANTO.

[b]. DEFENDANT: CLINTON WILLIAM JEFFERSON [BILL], IS A TURNCOAT OF WASHINGTON D.C. AND IS EMPLOYED AS PRESIDENT OF THE UNITED STATES. AT THE TIME THE CLAIM ALLEGED IN THIS COMPLAINT AROSE, WAS THIS DEFENDANT ACTING UNDER COLOR OF STATE LAW? "YES", BRIEFLY EXPLAIN: TREASONS. RULE 12 cite. 28 U.S.C. 1651 cite. OFFICER IN OFFICE, 1870 ACT. QUO WARRANTO.

[c]. DEFENDANT: MEXICO CITY, IS A [CARTEL] OF MEXICO FOREIGN STATE. AT THE TIME THE CLAIM ALLEGED IN THIS COMPLAINT AROSE, WAS THIS DEFENDANT ACTING UNDER COLOR OF STATE LAW? YES BRIEFLY EXPLAIN: "QUO WARRANTO," 28 U.S.C. 1330 cited., 28 U.S.C. 1603, cite, FOREIGN STATE DEFINITIONS. ALL DEFENDANT SHALL BE SERVED AT THE: SOLICITOR GENERAL OF THE UNITED STATES, ROOM 5616, DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE. N.W., WASHINGTON, DC 20530-0001. DEFENDANTS

PROOF OF SERVICE: STATES: ALL PARTIES Required To be Served have been Served.

RULE 4. SERVICE OF THE SUMMONS AND COMPLAINT DELIVERY TO THE CLERK: [BACKSIDE.]
UNITED STATES MARSHAL FOR U.S.A.,
[GOP] SERVICE? S/ Anthony L. Davis.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: 42 U.S.C. 1985 cite: THE RECONSTRUCTION AMENDMENTS; CARTELS 14TH AMENDMENT SECTIONS 3. AND 4... ARTICLE I. SECTIONS 6,8,9,10: NULL/VOID ARTICLE IV. SECTIONS 3,4; ARTICLE III. CONSTITUTIONAL STANDING TO SUE!

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): CONSPIRACY DEFENDANTS RACIAL ANIMUS, EQUAL PROTECTIONS OF LAWS MOTIVATED CONTEMPTED REPUBLICAN PARTY "POLICY" OF RECONSTRUCTION AMENDMENT DEMOCRATIC PARTY FURTHERANCE "CARTEL" LEGISLATURES COUP DISFRANCHISEMENT, PRESIDENT CLINTON ACTED TOGETHER, BY PASSED IN 1996, DEMOCRATIC CONGRESS PASSED "ANTIBLACK" PRISON LITIGATION REFORM ACT, HAS SET UP LAWS WHICH, IT CHARGED, WERE CONTRIVED TO PERPETUATE "NEGRO SLAVERY" PRESENTLY.

B) (1) Count II: 42 U.S.C. 1983 cite; 28 U.S.C. 1345 cite; 28 U.S.C. 1349 cite. TURNCOAT ORIGIN OF OUR CONSTITUTION 14TH AMENDMENT, SECTIONS 3. AND 4. ARTICLE I. SECTION 6. TREASON, FELONY, BRIBERY, HIGH CRIMES BREACH OF THE PEACE misdemeanors.

(2) Supporting Facts: TURNCOAT DEFENDANT "COUP" BARACK OBAMA [CLASS-BASED ABOMINATION NEGRO] DEFENDANT USURP — EXECUTIVE POWER DRUG CARTELS VOTE FRAUD, FULL-DEMOCRATIC 116TH CONGRESSIONAL "REHEARING 1-1-1863", CONTEMPT OF EMANCIPATION PROCLAMATION UTTER A ALL PRESENT INVOLUNTARY SERVITUDES."

C) (1) Count III: [28 U.S.C. 1915(g)]cite. PLAINTIFF ALLEGE IMMINENT-DANGER OF SERIOUS PHYSICAL INJURY. [K.S.A. 21-5416 Supp. 2023] cite MISTREATMENT OF A CONFINED PERSON is A "STATE CRIME OF ,ILLEGAL ALIENS "OVERCROWDING" KANSAS.

(2) Supporting Facts: OFFICIALS PRESENTLY "CABALS INC.," OVERT ACT IN FURTHERANCE CONSPIRCY OF BATTERED PRISONER SYNDROME "PLAINTIFF" TO DEMENTIA IRREVERSIBLE BRAIN INJURY, MOTIVATED by RACIAL OR "BLACKMAN"-BASED INVIDIOUSLY DISCRIMINATORY ANIMUS "DEPRIVES EQUAL PROTECTION LAW" WOULD LEAD TO FURTHER "MUNCHAUSEN SYNDROME by STATE PROXY," COMA OR DEATH...SOS.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: ANTHONY LEROY DAVIS,
   v.
   Defendants: THE STATE OF KANSAS.

   b) Name of court and docket number SUPREME COURT OF KANSAS. CASE NO.: 23-127146-S.

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) PENDING MATTER.

   d) Issues raised INNOCENT: FALSE IMPRISONMENT WITHOUT ANY PROCESS DUE, UNSANITARY OVERCROWDED CONDEMNED FACILITY.

e) Approximate date of filing lawsuit JANUARY 5th 2024

f) Approximate date of disposition STILL PENDING

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☑. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

PURSUANT TO THE 14TH AMENDMENT Section 3, cited. THE UNITED STATES CONGRESS IN THIS CASE SHALL BY A VOTE OF TWO-THIRDS OF EACH HOUSE, REMOVE SUCH DISABILITY ARE THE ONLY ADMINISTRATIVE RELIEF "IGNORS", DRUG CARTEL [REASIGN UNION-TROOPS OF THIS CIVIL WARFARE, WARHAWKS.]:
2) RULE 55[b], DEFAULT JUDGMENT

## REQUEST FOR RELIEF

DECLARATION FOR ENTRY OF DEFAULT; COURT FILES AND RECORD SHOW SERVICE.

1) I believe that I am entitled to the following relief: PLAINTIFF DEMAND A TRIAL BY JURY, RECONSTRUCTION AMENDMENTS, cite: Fed.R.Civ.P.23[a] cite: CONSTITUTION OF THE UNITED STATES ARTICLE IV, Section 3. cite: Section 4. cite: [PRESIDENT ABRAHAM'S [GOPS] LINCOLN'S "1-1-1863", PROCLAMATION] REQUESTED: CONTEMPT PROCEEDING AGAINST ALL TREASONOUS DEMOCRATIC PARTY'S CONFEDERATIONS CABAL; SLAVES PLAINTIFFS EXODUS TO "MEGIDDO", "JEW NEGROS PROPHESIED: [PRAYER $100,000,000,000,000.00 TRILLION DOLLARS" MOTION TO 118Th Congress ACTIONS] CAUSE 28 U.S.C.1333[2] PLAINTIFFS cite. [PRAYS] FOR A JUDGMENT OF THE SUM OF $ ONE HUNDRED TRILLION, id.,

S/ Anthony L. Davis #6598 JAILHOUSE LAWYER          S/ Anthony L. Davis                    CITED?
   Signature of Attorney (if any)                      Signature of Plaintiff PRO.Se.,
                                                       VERIFICATION

HUTCHINSON CORRECTIONAL FACILITY, P.O. Box 1568,   I HAVE READ THE FOREGOING COMPLAINT AND
                                                    HEREBY VERIFY THAT THE FOREGOING MATTERS
500 N. Reformatory Rd., Hutchinson, Kansas 67504-   ALLEGED THEREIN ARE TRUE, EXCEPT AS TO
                                                    MATTERS ALLEGED ON INFORMATION AND BELIEF,
1568: KDOC_COURT_FILE_hcf@ks.gov                    AND, AS TO THOSE, I BELIEVE THEM TO BE
   (Attorney's full address and telephone number)   TRUE. I CERTIFY UNDER PENALTY OF PERJURY
          Fed.R.Civ.P.38 cite.                      THAT THE FOREGOING IS TRUE AND CORRECT.
          DEMAND FOR JURY TRIAL
PLAINTIFF DEMANDS A TRIAL BY JURY FOR HER CLAIMS    EXECUTED AT HUTCHINSON, KANSAS. 2/13/2024.
AGAINST THIS DEFENDANT. S/ Anthony L. Davis         S/ Anthony L. Davis : SIGNATURE.           5
XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983